FILED'06 MAR 02 13:06USDC-ORE

Timothy W. Snider, OSB No. 03457
Email: twsnider@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 294-9557
Facsimile: (503) 294-9402

Ted D. Smith, Utah Bar No. 3017
(*Admitted Pro Hac Vice*)
Email: tsmith@stoel.com
STOEL RIVES LLP
201 South Main St. Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 328-3131
Facsimile: (801) 578-6999

Attorneys for Plaintiff Qwest Corporation

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **QWEST CORPORATION**, a Colorado corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>**UNIVERSAL TELECOM, INC., dba U S POPS, fka UNIVERSAL TELECOMMUNICATIONS, INC.**, an Oregon corporation,<br><br>  Defendant. | Civil No. 04-CV-6047AA<br><br>**ORDER GRANTING:**<br><br>**STIPULATED MOTION TO DISMISS QWEST CORPORATION'S CLAIMS AGAINST UNIVERSAL TELECOM, INC.**<br><br>**STIPULATED MOTION TO DISMISS UNIVERSAL TELECOM'S COUNTERCLAIMS AGAINST QWEST CORPORATION** |

1   ORDER GRANTING STIPULATED MOTION TO DISMISS QWEST CORPORATION'S CLAIMS AGAINST UNIVERSAL TELECOM, INC.

ORDER GRANTING STIPULATED MOTION TO DISMISS UNIVERSAL TELECOM'S COUNTERCLAIMS AGAINST QWEST CORPORATION

SaltLake-266435.1 0061273-00004

This matter comes before the Court on the Stipulated Motion to Dismiss (1) Qwest Corporation's claims against Universal Telecom, Inc. and (2) Universal Telecom, Inc.'s counterclaims against Qwest Corporation with prejudice. The Court, having considered the same and being duly advised in the premises, DOES HEREBY ORDER that:

1. Qwest Corporation's claims against Universal Telecom, Inc. are dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, subject to the terms and conditions of the parties' settlement agreement.

2. Universal Telecom, Inc.'s counterclaims against Qwest Corporation are dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, subject to the terms and conditions of the parties' settlement agreement.

3. The dismissal of Qwest's claims and Universal's counterclaims shall be with prejudice.

4.. Each party shall bear its own costs and attorney's fees incurred in this matter.

IT IS SO ORDERED.

DATED this 2 day of March, 2006.

BY THE COURT:

_____
The Honorable Ann Aiken
United States District Court Judge


2   ORDER GRANTING STIPULATED MOTION TO DISMISS QWEST
    CORPORATION'S CLAIMS AGAINST UNIVERSAL TELECOM, INC.

ORDER GRANTING STIPULATED MOTION TO DISMISS UNIVERSAL
TELECOM'S COUNTERCLAIMS AGAINST QWEST CORPORATION

SaltLake-266435.1 0061273-00004